| | | | | |
|---|---|---|---|---|
| Hickman v. City of Austin | 72A01–1608–CT–1977 | 03/15/2017 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Reversed<br>Concurs<br>Concurs |
| A.K.G., In re | 02A03–1608–JT–1869 | 03/16/2017 | NAJAM, J.<br>MAY, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Dissents with separate opinion |
| Harness v. State | 55A01–1512–CR–2231 | 03/16/2017 | BARTEAU, Sr.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Clontz v. State | 21A01–1609–CR–2125 | 03/16/2017 | NAJAM, J.<br><br>BAILEY, J.<br>MAY, J. | Affirmed in part, Reversed in part, and Remanded with instructions<br>Concurs<br>Concurs |
| Kennedy v. Wade | 33A04–1609–DR–2122 | 03/16/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| U.J. v. State | 49A04–1608–JV–1960 | 03/16/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Simpson v. State | 20A03–1607–CR–1741 | 03/16/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Gonzales v. State | 49A02–1610–CR–2352 | 03/16/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Manvilla v. State | 03A04–1610–CR–2445 | 03/16/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Ross v. State | 49A05–1608–CR–1804 | 03/16/2017 | SHARPNACK, Sr.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |